IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHELLE JEANINNE BROWN-LARKS ) | |
| ) | |
| COUNTRYWIDE HOME LOANS, INC., ) | |
|     Creditor, ) | |
|   vs. ) | CASE NO. 06B00593 |
| ) | JUDGE BRUCE W. BLACK |
| MICHELLE JEANINNE BROWN-LARKS, ) | |
|     Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Countrywide Home Loans, Inc., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the March 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of January 13, 2007.

   a. Attorney's Fees         $250.00
   
   b. Escrow Deficiency       $4,956.25
   
   c. Property Inspections    $163.00
   
   Total                      $5,369.25

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Countrywide Home Loans, Inc. rights to collect these amounts will remain unaffected.

Respectfully Submitted,
Countrywide Home Loans, Inc.

/s/A. Stewart Chapman
A. Stewart Chapman
ARDC#6255733

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088