UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 00593
  MICHELLE JEANINNE BROWN LARKS

                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
     SSN XXX-XX-9597

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 01/24/06 and confirmed on 04/28/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $ 87300.00 .

     4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | 35744.26 | .00 | 35744.26 |
| ACC CONSUMER FINANCE | SECURED VEHIC | 18712.92 | 1839.07 | 18712.92 |
| HSBC AUTO FINANCE | SECURED VEHIC | 406.52 | .00 | 406.52 |
| ILLINOIS AMERICAN WATER | UNSECURED | 225.51 | 23.57 | 225.51 |
| WINSTON VILLAGE ASSOC | SECURED | 1734.09 | 90.73 | 1734.09 |
| FAMILY PRACTICE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1908.19 | 195.43 | 1908.19 |
| CAPITAL ONE BANK | UNSECURED | 1694.83 | 173.64 | 1694.83 |
| CB USA INC | UNSECURED | NOT FILED | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | 613.50 | 62.85 | 613.50 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 381.27 | 39.03 | 381.27 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| I PAYMENT | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1547.80 | 158.53 | 1547.80 |
| JNR | UNSECURED | NOT FILED | .00 | .00 |

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LEASE FINANCE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 749.27 | 76.72 | 749.27 |
| MERIDIAN FINANCIAL SERV | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 923.60 | 94.63 | 923.60 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 735.69 | 75.33 | 735.69 |
| MIDLAND CREDIT MGMT | UNSECURED | 288.46 | 29.52 | 288.46 |

```
MRSI                          UNSECURED      NOT FILED            .00             .00
NCO FINANCIAL                 UNSECURED      NOT FILED            .00             .00
NEWPORT NEWS                  UNSECURED      NOT FILED            .00             .00
ONYX ACCEPTANCE CORP          UNSECURED      NOT FILED            .00             .00
PARK DANSAN                   UNSECURED      NOT FILED            .00             .00
PRL DIRECT                    UNSECURED      NOT FILED            .00             .00
SHEKINAH INC                  UNSECURED      NOT FILED            .00             .00
SHELL                         UNSECURED      NOT FILED            .00             .00
TCF BANK                      UNSECURED      NOT FILED            .00             .00
PORTFOLIO RECOVERY ASSOC      UNSECURED         445.85          45.67          445.85
VILLAGE OF BOLINGBROOK        UNSECURED      NOT FILED            .00             .00
WEXLER & WEXLER               UNSECURED      NOT FILED            .00             .00
COUNTRYWIDE FINANCIAL         MORTGAGE ARRE    4611.80            .00         4611.80
CAPITAL ONE AUTO FINANCE      UNSECURED        6594.79         675.46         6594.79
FAIRFIELD RESORTS             FILED LATE          .00             .00             .00
```
          Summary of disbursements:
-----------------------------------------------------------------------------

|                   | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|-------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 61209.59 | .00      | 16108.76  | .00   | 77318.35 |
| PRINCIPAL PAID     | 61209.59 | .00      | 16108.76  | .00   | 77318.35 |
| INTEREST PAID      | 1929.80  | .00      | 1650.38   | .00   | 3580.18  |
| TOTAL PAID         | 63139.39 | .00      | 17759.14  | .00   | 80898.53 |

The Debtor's attorney, LEDFORD & WU                 , was allowed $   3000.00
and was paid $    500.00  direct and $   2500.00  through the plan.

The Trustee received $   3635.71 .

Refunds to the Debtor totaled $    265.76 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/12/08              /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE

```
                        PAGE   3
CASE NO. 06 B 00593 MICHELLE JEANINNE BROWN LARKS
```